DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

13 JUNE 2012

| 124P12 | State v. Jerry Lamont Lindsey | 1. State's Motion for Temporary Stay (COA11-612) | 1. Allowed **03/23/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's NOA Based Upon a Dissent | 3. - - - |
| | | 4. State's PDR as to Additional Issues | 4. Allowed |
| 129P12 | State v. Endy Rafael Lopez | 1. Def's NOA Based Upon a Constitutional Question (COA11-957) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 137P12 | State v. Ellerek Dermot Vaughters | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA11-1042) | Denied |
| 139P12 | State v. Gary Lavan Daniels | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1032) | Denied |
| 140P12 | State v. Jeffrey Allan Gill | Def's *Pro Se* Motion for PDR (COA10-1198) | Denied |
| 141P12 | State v. Joseph Doyle Dulaney | 1. Def's *Pro Se* Motion for NOA | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot |
| 142A12 | State v. William Eugene Robinson | 1. Def's Motion for Stay of Appellate Proceedings in Light of Pending Racial Justice Act Motion | 1. Allowed **04/12/12** |
| | | 2. Def's Motion for Appropriate Relief Pursuant to the Racial Justice Act | 2. See Special Order |
| 144P12 | State v. William Earl Allen, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA11-670) | Denied |
| 146P12 | Jeffrey Lee Whitlow, Jr., *pro se* Jeffrey Lee Whitlow, Jr. EL, *inpropria persona, suijuris* v. Mr. George Zoley & The GoeGroup, Inc. d.b.a. Rivers Correctional Institution | Plaintiff-Petitioner's *Pro Se* Motion to Exhaust and transfer 28 U.S.C. 2254 to U.S. District Court and Hold Complaint for Fraud $500 Million Dollars for Trial in Abeyance (COAP12-275) | Dismissed **04/17/12** |